CARTER v. MENU FOODS INC. et al — Doc. 2
Case 1:07-cv-01562-NLH-AMD   Document 2   Filed 04/04/2007   Page 1 of 2
Case 1:33-av-00001   Document 818-3   Filed 04/03/2007   Page 1 of 3

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **NEW JERSEY**

DAVID CARTER, on behalf of himself and all others similarly situated,

V.

MENU FOODS, INC., MENU FOODS MIDWEST CORPORATION, MENU FOODS INCOME FUND and MENU FOODS LIMITED

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07CV 1562 (NLH)

TO: (Name and address of Defendant)

MENU FOODS, INC.
9130 Griffith Morgan Lane
Pennsauken, NJ 08110

Additional defendants on attachment

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PINILIS
KAPLAN FOX & KILSHIMER LLP
237 South Street
Morristown, NJ 07962

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

(By) DEPUTY CLERK

DATE 4/4/07

## ATTACHMENT TO SUMMONS

MENU FOODS LIMITED
8 Falconer Dr.
Mississauga, ON, L5N 1B1

MENU FOODS MIDWEST CORPORATION
P.O. Box 1046
1400 East Logan Ave.,
Emporia, KS 66801

MENU FOODS INCOME FUND
8 Falconer Dr.
Mississauga, ON, L5N 1B1